UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEIL EISENBERG,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00894-JCM-NJK<br><br>**Order**<br><br>[Docket No. 28] |

　　　　Pending before the Court is Plaintiff's motion to extend the time to effectuate service on Defendant Verizon by 60 days.  Docket No. 28.  Extensions of the service deadline are obtained by showing good cause and such extensions may be provided even without such a showing.  Fed. R. Civ. P. 4(m).  Although the Court will grant the request for an extension, no meaningful elaboration is provided as to why Plaintiff needs two full months to serve a major corporation with a registered agent for service.  *See* Docket No. 11.  Accordingly, Plaintiff's motion to extend is **GRANTED** in part and **DENIED** in part.  The deadline to effectuate service is **EXTENDED** to September 6, 2024.

　　　　IT IS SO ORDERED.

　　　　Dated: August 22, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge