George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Neil Eisenberg*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Neil Eisenberg,<br><br>        Plaintiff,<br>v.<br><br>Equifax Information Services LLC;<br>Experian Information Solutions, Inc.;<br>Trans Union LLC; National Consumer<br>Telecom & Utilities Exchange, Inc.;<br>and Verizon Communications Inc.,<br><br>        Defendants. | Case No.: 2:24-cv-00894<br><br>**Unopposed Motion for Extension of Time to File Dismissal Documents** |

_____

STIPULATION             - 1 -

1   The dispute between Neil Eisenberg ("Plaintiff") and National Consumer Telecom & Utilities Exchange, Inc. ("Defendant") (together as the "Parties") has been resolved.

On January 29, 2025, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 34.

On March 31, 2025, Plaintiff filed the First Status Report and requested another 30 days to file dismissal documents. ECF No. 35.

On May 1, 2025, the Parties filed their Second Status Report Regarding Settlement and requested another 30 days to file dismissal documents. ECF No. 37.

On May 30, 2025, the Parties filed their Third Status Report Regarding Settlement and requested another 30 days to file dismissal documents. ECF No. 39.

On June 2, 2025, the Court issued a Minute Order stating that "The parties filed a status report which seeks relief. … The parties are well aware that, to the extent a party seeks relief or an order from the Court, such request must be made by motion or stipulation." ECF No. 40.

Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

///
///
///
///
///
///
///

Plaintiff requests, and Defendant does not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **July 4, 2025**, to file dismissal documents.

Dated: June 4, 2025.

                          Respectfully submitted,

                          **FREEDOM LAW FIRM**

                          /s/ *George Haines*
                          George Haines, Esq.
                          Gerardo Avalos, Esq.
                          8985 S. Eastern Ave., Suite 100
                          Las Vegas, Nevada 89123
                          *Counsels for Neil Eisenberg*

IT IS SO ORDERED.
Dated: June 5, 2025

Nancy J. Koppe
United States Magistrate Judge

STIPULATION       - 3 -